OBERLY & NEWELL LITHOGRAPH CORPORATION v. WATSON CLARK.

(Filed 11 October, 1939.)

APPEAL by defendant from *Rousseau, J.,* at February Term, 1939, of RUTHERFORD. No error.

Action to recover the contract price of certain labels, box tops and other goods manufactured for the Clark Knitting Mill, of which it was alleged the defendant was owner or partner. From judgment for plaintiff, defendant appealed.

*Paul Boucher for plaintiff.*
*M. P. Spears and T. J. Edwards for defendant.*

PER CURIAM. Determinative issues of fact were decided by the jury in favor of the plaintiff. The evidence was sufficient to support the verdict. On the record we find no ruling of the trial court which should be held for reversible error.

No error.